# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALVADOR SANTIAGO,<br>　　　　Petitioner,<br><br>　　　v.<br>JEFFREY BEARD, Commissioner,<br>Pennsylvania Department of Corrections,<br>et al.<br>　　　　Respondents. | CIVIL ACTION NO. 04-1669 |

## MEMORANDUM ORDER

On February 11, 2009, this Court issued an Order (Doc. No. 69) granting Petitioner's *Motion for Order of Production of Pennsylvania Department of Corrections Records* (Doc. No. 66). In the Order, the Court directed the Pennsylvania Department of Corrections (the "DOC") to make available to Petitioner's counsel and to counsel for Respondents all medical, mental health and general records for Petitioner.

On March 12, 2009, Randall N. Sears, Deputy Chief Counsel for the DOC, sent a letter to the Court, which is attached hereto. Mr. Sears explains that he has reviewed the DOC's records in order to comply with the Court's February 11, 2009 Order and has learned that Petitioner was subject to three admissions pursuant to Pennsylvania's Mental Health Procedures Act (the "Act"), 50 Pa.Stat.Ann. § 7101-7116. According to Mr. Sears, the records pertaining to those admissions are confidential under the Act, 50 Pa.Stat.Ann. § 7111, and he thus requests clarification as to whether Petitioner has waived the Act's confidentiality provisions.

Before providing Mr. Sears with a response, Petitioner and then (if necessary) Respondents shall set forth their position on the record regarding waiver. It is therefore **ORDERED** that on or before April 1, 2009, Petitioner shall file a submission with the Court

1

addressing the waiver issue.

| | |
|---|---|
| Date: March 19, 2009 | /s/ Joy Flowers Conti<br>Joy Flowers Conti<br>United States District Court Judge<br>Western District of Pennsylvania |

cc: All counsel of record by CM/ECF and

    By U.S. Mail to:
    Randall N. Sears
    Deputy Chief Counsel
    Pennsylvania Department of Corrections
    Governor's Office of General Counsel
    55 Utley Drive
    Camp Hill, PA 17011